# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 20, 2014

## NO. 03-13-00204-CV

**Mary Smith and Jason Smith d/b/a Upscale Child Development Center, Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
DISMISSED FOR WANT OF PROSECUTION --
OPINION BY CHIEF JUSTICE JONES**

This is an appeal from the judgment signed by the trial court on February 20, 2013. Having reviewed the record, the Court holds that Mary Smith d/b/a Upscale Child Development Center has not prosecuted her appeal and that the appeal is therefore subject to dismissal. The Court dismisses the appeal for want of prosecution. Because Jason Smith d/b/a Upscale Child Development Center did not perfect an appeal, the appeal is also dismissed as to him. The appellant, Mary Smith, shall pay all costs relating to this appeal, both in this Court and the court below.